12- 7-06; 2:08PM;USDC NJ Nwk. Clk Ofc                        ;9736456659          # 3/ 6
DEC-07-2006 THU 09:17 AM                    FAX NO.                               P. 03

AO98A    (9/01) Includes violations of Conditions of Release as well as non-appearance as grounds for forfeiture.

## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT of CALIFORNIA

UNITED STATES OF AMERICA,

V.

APPEARANCE and COMPLIANCE BOND

Defendant: Bruce Geoff Nardone

CASE Number: 1:06MJ00299

FILED DEC - 7 2006 CLERK, U.S. DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA BY DEPUTY CLERK

Non-surety: I, the undersigned defendant acknowledge that I and my ...
Surety: We, the undersigned, jointly and severally acknowledge that we and our ...
personal representatives, jointly and severally, are bound to pay to the United States of America the sum of
$ 10,000 , and there has been deposited in the Registry of the Court the sum of
$ -0- in cash or N/A (describe other security.)

The conditions of this bond are that the defendant, Bruce Geoff Nardone
(Name)

is to (1) appear before this court and at such other places as the defendant may be required to appear, in accordance with any and all orders and directions relating to the defendant's appearance in this case, including appearance for violation of condition of defendant's release as may be ordered to notified by this court or any other United States District Court to which the defendant may be held to answer or the cause transferred; (2) comply with all conditions of release imposed by the court, and (3) abide by any judgment entered in such matter by surrendering to serve any sentence imposed and obeying any order or direction in connection with such judgment.

It is agreed and understood that this is a continuing bond (including any proceeding or appeal or review) which shall continue until such time as the undersigned are exonerated.

If the defendant appears as ordered or notified and otherwise obeys and performs the foregoing conditions of this bond, then this bond is to be void, but if the defendant fails to obey or perform any of these conditions, payment of the amount of this bond shall be due forthwith. Forfeiture of this bond for any breach of its conditions may be declared by any United States District Court having cognizance of the above entitled matter at the time of such breach and if the bond is forfeited and if the forfeiture is not set aside or remitted, judgment, may be entered upon motion in such United States District Court against each debtor jointly and severally for the amount above stated, together with interest and costs, and execution may be issued and payment secured as provided by the Federal Rules of Criminal Procedure and any other laws of the United States.

This bond is signed on 12-7-2006 at District New Jersey
                        Date                                 Place

Defendant: _____        Address (City/State) _____
Surety: Timothy Cooper                    Address (City/State) 85 GreenBrook Rd
Surety: Mary D. Cooper                    Address (City/State) GreenBrook 975 08812
                                                              Sam T

Signed and acknowledged before me on  12/07/06
                                        Date
Jess F. Nelson
JESS F. NELSON, DEPUTY CLERK
OFFICE OF THE CLERK, DISTRICT OF NEW JERSEY, NEWARK
                                          Judicial Officer/Clerk

                                          cc: AUSA, PTS, Fed Defender/Counsel
Approved: _____
          Judicial Officer

AO98A   (9/01)

## JUSTIFICATION OF SURETIES

I, the undersigned surety, say that I reside at _____ Property _____

_____; and that my net worth is the sum of

Ten Thousand _____ dollars ( $ _10,000_ ).

I further state that

Tracy D. Cooper
Timothy Cooper
_____
Surety

_____
Surety

Sworn to before me and subscribed in my presence on __12/7/06__
                                                     Date

at   **OFFICE OF THE CLERK, UNITED STATES COURTHOUSE, NEWARK, NEW JERSEY**
                                                     Place

**JESS F. NELSON, DEPUTY CLERK**             Jess F. Nelson
Name and Title                                Signature of Judicial Officer/Clerk

---

I, the undersigned surety, say that I reside at _____

_____; and that my net worth is the sum of

_____ dollars ( $ _____ ).

I further state that

_____
Surety

_____
Surety

Sworn to before me and subscribed in my presence on _____
                                                     Date

at _____
                                                     Place

_____                        _____
Name and Title                                Signature of Judicial Officer/Clerk

Justification Approved: _____
                        Judicial Officer