1
2
3
4
5
6
7
8                    IN THE UNITED STATES DISTRICT COURT FOR THE
9                         EASTERN DISTRICT OF CALIFORNIA
10

11  UNITED STATES OF AMERICA,              )   1:06-CR-418 LJO
                                            )
12                      Plaintiff,          )   ORDER ON GOVERNMENT'S
                                            )   MOTION TO DISMISS
13                                          )   (Fed. R. Crim. P.  48 (a))
                                            )
14              v.                          )
                                            )
15  BRUCE NARDONE,                          )
                                            )
16                      Defendant.          )
                                            )
17  _____    )

18                                 O R D E R

19          IT IS HEREBY ORDERED that the charges against Bruce Nardone found within the

20  indictment in this case, be dismissed without prejudice and that all conditions of release and any

21  bond be exonerated.

22  IT IS SO ORDERED.

23  **Dated:    June 26, 2007**              _____/s/ Lawrence J. O'Neill_____
                                             UNITED STATES DISTRICT JUDGE
24
25
26
27
28

                                      1